FOR PUBLICATION

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

FEB 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>RILEY BRIONES, Jr., AKA Unknown Spitz,<br><br>Defendant-Appellant. | No.  16-10150<br><br>D.C. No.<br>2:96-cr-00464-DLR-4<br>District of Arizona,<br>Phoenix<br><br>**ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Watford did not participate in the deliberations or vote in this case.